969 A.2d 1179

Marvin AKERS, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

No. 177 EM 2008.

Supreme Court of Pennsylvania.

April 3, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2009, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

969 A.2d 1179

Charmaine PRATER–COLON–McCOLLUM, Petitioner

v.

PENNSYLVANIA HOUSING FINANCE AGENCY, Respondent.

No. 176 EM 2008.

Supreme Court of Pennsylvania.

April 3, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of April, 2009, the "NUN Pro TUNc" filing is **DENIED.**